**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02827-JLK

BURT WESTON, on Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

CIBER, INC.,
DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA, and
PETER H. CHEESBROUGH,

    Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the parties' Stipulated Motion for Order to Set Briefing Schedule (the "Motion"). Having reviewed the Motion and finding good cause therein,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. Lead Plaintiff shall file a consolidated complaint within 60 days following the Court's order granting the Lead Plaintiff Motion, that is by April 2, 2012;

3. Defendants shall respond to the consolidated complaint within 30 days after the consolidated complaint is filed, or by May 2, 2012;

4. If Defendants move to dismiss the consolidated complaint, Lead Plaintiff shall file a response within 45 days after Defendants file their motion, or by June 18, 2012; and

5.  Defendants shall file any reply within 30 days after Lead Plaintiff files its response, or by July 18, 2012.

DATED: February 13, 2012

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE