IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-02827-JLK**

**BERT WESTON, on Behalf of Himself and All Others Similarly Situated**,

        Plaintiff,

v.

**CIBER, INC.,
DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA, and
PETER H. CHEESBROUGH,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Upon review of the briefing on Plaintiffs' Motion for Leave to File a First Amended Consolidated Class Action Complaint (Doc. 37), the Motion is GRANTED and the Amended Complaint is ACCEPTED for filing. Briefing on Defendants' Rule 11 Motion and Motion to Dismiss shall continue as previously set.

Dated:  June 7, 2012