**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02827-JLK

BURT WESTON, on Behalf of Himself and All Others Similarly Situated,

      Plaintiff,

v.

CIBER, INC.,
DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA and
PETER H. CHEESBROUGH,

      Defendants.

---

**ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

This matter having come before the Court on April 4, 2014, on Lead Plaintiffs' motion for approval of the Plan of Allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated as of November 26, 2013 (the "Stipulation"), and filed with the Court.

2.      Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members and who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.  No Settlement Class Member objected to the Plan of Allocation.

3.      The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency of Settlement (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

- 1 -

4.      This Court hereby finds and concludes that the Plan of Allocation set forth in the

Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves the Plan of

Allocation.

IT IS SO ORDERED.

DATED:  April 4, 2014                          _*s/John L. Kane*_____ _____
                                               THE HONORABLE JOHN L. KANE
                                               SENIOR UNITED STATES DISTRICT JUDGE