**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02827-JLK

BURT WESTON, on Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

CIBER, INC.,
DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA and
PETER H. CHEESBROUGH,

    Defendants.

**ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES**

This matter having come before the Court on April 4, 2014, on the motion of Lead Counsel for an award of attorneys' fees and expenses in this Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated as of November 26, 2013 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Fund, and expenses in the amount of $65,290.09, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among plaintiffs' counsel in a manner which, in Lead Counsel's good faith judgment, reflects each such plaintiffs' counsel's contribution to the institution, prosecution and resolution of the Litigation.

4. The awarded attorneys' fees and expenses shall be paid to Lead Counsel immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶10.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED:  April 4, 2014         *s/John L. Kane*_____
                              THE HONORABLE JOHN L. KANE
                              SENIOR UNITED STATES DISTRICT JUDGE